# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 99-305 (RHK) |
| Plaintiff, | **ORDER** |
| v. | |
| Christine Joanne Clark, | |
| Defendant. | |

Petitioner's Pro Se Motion for retroactive application of Sentencing Guidelines as crack cocaine offense (Doc No. 80) is **DEN IED**.

Dated:   February 28, 2011

                                                                    s/Richard H. Kyle  
                                                                    RICHARD H. KYLE  
                                                                    United States District Judge