## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 99-305 (RHK) |
| Plaintiff, | **ORDER** |
| v. | |
| Christine Joanne Clark, | |
| Defendant. | |

---

If Defendant Christine Joanne Clark desires to respond to the Government's Motion to Dismiss Defendant's Motion to Reduce Sentence, said response shall be served and filed on or before September 16, 2011.

Dated:   August 25, 2011

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge